UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 14-cr-20709
Hon. Matthew F. Leitman

v.

MAZIN MICHAEL KATTULA,

    Defendant.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO EXTEND REPORT DATE (ECF #27)

On June 9, 2014, the Government filed a Criminal Complaint in this Court alleging that Defendant Mazin Michael Kattula ("Kattula") committed bank and wire fraud in violation of federal law. (*See* ECF #1.) Kattula was thereafter indicted on two counts of wire fraud. (*See* ECF #13.) Kattula pleaded guilty to both counts on January 29, 2015. (*See* Dkt.)

The Court sentenced Kattula to 15 months incarceration on July 15, 2015. (*See* ECF #26.) Kattula says that he "recently received a letter from the United States Marshal's Service instructing him to report to [custody] on August 24, 2015." (ECF #27 at ¶2, Pg. ID 153.) Kattula now asks the Court to extend his reporting date so that he may finish putting his affairs in order before his term of imprisonment begins. (*See id.* at ¶¶ 3-4.) The Government vigorously opposes any extension of Kattula's reporting date. (*See* ECF #29.)

1

The Court has carefully reviewed both parties' submissions (and Kattula's reply) and believes a compromise with respect to Kattula's reporting date is appropriate. Accordingly, **IT IS HEREBY ORDERED** that Kattula's Motion to Extend Report Date (ECF #27) is **GRANTED IN PART AND DENIED IN PART** as follows: Kattula's currently-scheduled reporting date is extended and he shall be required to report no sooner than October 12, 2015.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 18, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 18, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113